JACOBUS, J.
 

 We affirm the trial court’s denial of Appellant’s motion seeking additional jail credit because the motion was facially insufficient. Our affirmance, however, is without prejudice to Appellant’s right to re-file his motion in a manner that specifies the dates for which Appellant claims an entitlement to additional jail credit.
 
 See Santiago v. State,
 
 22 So.3d 789, 789-90 (Fla. 5th DCA 2009) (“[T]he motion must affirmatively allege that the trial court records demonstrate on their face an entitlement to relief. A mere conclusory allegation that the answer lies in the record is insufficient to satisfy the pleading requirements of the rule.”);
 
 Williams v. State,
 
 4 So.3d 728, 729 (Fla. 5th DCA 2009) (“Although a jail credit claim may be raised by use of a 3.800(a) motion to correct sentence, the movant must demonstrate that the record shows an entitlement to additional jail credit, as well as a sentence that fails to grant such credit.”).
 

 AFFIRMED WITHOUT PREJUDICE.
 

 SAWAYA and TORPY, JJ., concur.